```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CEDRIC BISHOP,                                                    :
:
:
Plaintiff,                                 :
:           20-cv-1687 (LJL)
-v-                                               :
:               ORDER
QFLORIST, INC.,                                                   :
:
Defendant.                                  :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

ORDERED that within one week from the date of this Order Plaintiff shall file a letter stating whether and how he intends to prosecute this case. Failure to do so will result in dismissal for failure to prosecute.
    SO ORDERED.

Dated: July 29, 2021  
      New York, New York                               LEWIS J. LIMAN  
                                                   United States District Judge