```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
CEDRIC BISHOP,                                                   :
                                                                 :
                                Plaintiff,                       :
                                                                 :         20-cv-1687 (LJL)
                -v-                                              :
                                                                 :              ORDER
QFLORIST INC.,                                                   :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2021

LEWIS J. LIMAN, United States District Judge:

      On October 7, 2021, the Court notified Plaintiff that the case would be dismissed if Plaintiff, by October 14, 2021, did not show cause why the action should not be dismissed for failure to prosecute.  Dkt. No. 10.  The Court had previously ordered Plaintiff to show cause by September 10, 2021 after Plaintiff failed to appear at a scheduled conference.  Dkt. No. 9.  Plaintiff has not responded to the Court's orders.  The case is therefore dismissed for failure to prosecute.  *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) . . . gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute[.]"); *Caussade v. United States*, 293 F.R.D. 625, 629 (S.D.N.Y. 2013) ("Dismissal for lack of prosecution or for failure to comply with an order of the court is a matter committed to the discretion of the district court." (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 633 (1962))).

      The Clerk of Court is respectfully directed to close the case.


      SO ORDERED.

Dated: October 15, 2021
          New York, New York

                                                                LEWIS J. LIMAN
                                                        United States District Judge